CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 3 0 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES F. HUGHES, #195093, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NOTTOWAY CORERECTIONAL ) <br> CENTER, et al., ) <br> Defendants. ) <br> ) | Civil Action No. 7:05cv00594 <br><br> **FINAL ORDER** <br><br><br> By: Jackson L. Kiser <br> Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1997(e)(a) and § 1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 30th day of September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge