CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
SEP 3 0 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JAMES F. HUGHES, #195093, )<br>  Plaintiff, ) | Civil Action No. 7:05cv00594 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| NOTTOWAY CORERECTIONAL ) | |
| CENTER, et al., ) | |
|   Defendants. ) | By: Jackson L. Kiser |
| ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1997(e)(a) and § 1915A(b)(1). This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order to the plaintiff.

ENTER: This 30th day of September, 2005.

/s/ Jackson L. Kiser
Senior United States District Judge